

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.       ALAN WEINREB, ESQ.       CYNTHIA A. NIERER, ESQ.

April 30, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2025
```

**MEMO ENDORSED**

Via ECF
The Honorable Magistrate Judge Katharine H. Parker
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Wilmington Savings Fund Society, FSB v. Alonso et al., Case No. 1:24-cv-09508-JHR-KHP

Dear Judge Parker:

    We represent Plaintiff Wilmington Savings Fund Society, FSB in the above-referenced residential foreclosure matter. We write jointly with counsel for Defendant Alonso to respectfully request that the Initial Case Management Conference scheduled for May 7, 2025 at 12:00 p.m. be conducted virtually.

    This request is made in light of the logistical burdens associated with an in-person appearance for both counsel, who are located outside of Manhattan and would need to travel from other counties. In addition, two attorneys in our office will be out next week, and I will be covering their matters in addition to my own, making remote participation particularly helpful. Conducting the conference remotely would alleviate these burdens while still allowing all parties to participate meaningfully.

    The parties have conferred and are in agreement regarding the proposed Case Management Plan, which has been filed [ECF Document No. 32], and there are no current disputes that would require the Court's immediate intervention.

    We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/ Alyssa Kapner*
Alyssa Kapner, Esq.

cc: Christopher Garitee, Esq., attorney for Defendant Alonso (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD, STE.224      SYOSSET, NEW YORK 11791      T. (516) 921-3838      F. (516) 921-3824      WWW.NYFCLAW.COM

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for <u>Wednesday, May 7, 2025 at 12:00 p.m.</u> is hereby converted to a telephonic proceeding. The parties are directed to call Judge Parker's court conference line at the scheduled time. <u>Please dial (646) 453-4442, ID: 699 382 769#</u>.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**05/01/2025**