

# MARGOLIN, WEINREB & NIERER, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __09/05/2025__

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

September 4, 2025

Via ECF
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** The Case Management Conference scheduled for **Wednesday, September 10, 2025 at 12:00 p.m.** is hereby converted to telephonic. At the scheduled time, the parties shall dial 646-453-4442, conference ID 956 399 097#

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
09/05/2025

RE: <u>Wilmington Savings Fund Society, FSB v. Alonso et al., Case No. 1:24-cv-09508-JHR-KHP</u>

Dear Judge Parker:

     Our firm represents Plaintiff Wilmington Savings Fund Society, FSB in the above-referenced action. I write respectfully to request permission for undersigned counsel to appear virtually at the case management conference scheduled for September 10, 2025 at 12:00 p.m., in light of a family medical obligation. Specifically, undersigned counsel is required to accompany a family member to a scheduled surgery that day, which conflicts with an in-person appearance.

     <u>If the Court is amenable, Plaintiff's counsel is available to appear by telephone or video at the Court's convenience and will ensure availability for the full duration of the conference. Alternatively, we respectfully request an adjournment of the case management conference</u>.

     We thank the Court for its consideration of this request.

                      Respectfully submitted,

                      <u>/s/ Alyssa Kapner</u>
                      Alyssa Kapner, Esq.

cc: Christopher Garitee, Esq., attorney for Defendant Alonso (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD, STE.224     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM