UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILMINGTON SAVINGS FUND SOCIETY,
FSB,

                                    Plaintiff,                    24-CV-9508 (JHR) (KHP)

        -against-                                       **POST-CMC ORDER**

ROSARIO ALONSO.,

                                    Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties having appeared before the undersigned for a telephonic initial case management conference on September 10, 2025, the Court orders the following:

- The conference scheduled for October 31, 2025 is hereby **adjourned.** The parties shall file a status update by **October 10, 2025.**

- Because it has the potential to obviate motion practice, the Court directs Defendant Alonso to file any modification request with Plaintiff within three (3) weeks (i.e., by **October 1, 2025**). If Defendant Alonso fails to file the modification request in that time, the Court will not consider extensions and/or adjournments of deadlines she requests. (For the avoidance of doubt, failure to file the modification request with Plaintiff in that time frame has no effect on her ability to file a modification request with Plaintiff later.)

- The parties shall file pre-motion letters on contemplated motions for summary judgment by **October 31, 2025.** The letters shall include a proposed briefing schedule.

      **SO ORDERED.**

1

DATED:   New York, New York
September 10, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

2