# MWN

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2026

March 5, 2026

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/06/2026

Via ECF
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Wilmington Savings Fund Society, FSB v. Alonso, et al., 1:24-cv-09508-JHR-KHP

Dear Judge Parker:

Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") respectfully submits this letter motion requesting a short extension of the briefing schedule for Plaintiff's anticipated motion for summary judgment.

1. Original Dates: Pursuant to the Court's February 10, 2026 Order, Plaintiff's motion for summary judgment is due March 9, 2026, Defendant's opposition is due April 6, 2026, and Plaintiff's reply is due April 20, 2026.

2. Previous Requests: This is Plaintiff's first request for an extension of the briefing schedule.

3. Consent of Adversary: Plaintiff's counsel contacted counsel for Defendant regarding this request, and Defendant consents to the requested extension.

   The parties respectfully propose the following revised schedule:

   - Plaintiff's motion for summary judgment: March 24, 2026
   - Defendant's opposition: April 21, 2026
   - Plaintiff's reply: May 5, 2026

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Alyssa Kapner*
Alyssa Kapner, Esq.

cc: Christopher Garitee, Esq., attorney for Defendant (via ECF)

WE ARE A DEBT COLLECTOR DOND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.